United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 16, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 04-30280

---

ROCK TUFARO,

Plaintiff-Appellant,

versus

BOARD OF COMMISSIONERS OF THE ORLEANS
LEVEE DISTRICT; THADDEUS PETIT, Officer,
CRAIG ROBINSON, Officer,

Defendants.

---

Appeal from the United States District Court for
the Eastern District of Louisiana
(USDC No. 02-CV-435-I)

---

Before REAVLEY, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed and the court's denial of leave to amend is

approved for reasons given by that court in its Order and Reasons of October 3, 2003.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.